**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

THOMAS GORNY, individually
and on behalf of all other similarly
situated,

Plaintiff,

Case No. 3:26-cv-1372-MMH-SJH

v.

U.S. STANDARD PRODUCTS CORP.,

Defendant.
_____________________________________/

**O R D E R**

**THIS CAUSE** is before the Court on Defendant U.S. Standard Products Corp.'s Motion to Dismiss Plaintiff's Class Action Complaint (Doc. 16; Motion), filed on September 17, 2026. Upon review, it appears that Defendant has failed to provide certification under Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida (Local Rule(s)), confirming that it has conferred with opposing counsel in a good faith effort to resolve the issues raised by the Motion and advising the Court whether counsel agrees to the relief requested. Therefore, the Court will direct Defendant to file a supplement (1) certifying

that Defendant has conferred with opposing counsel, and (2) indicating whether counsel agree on the resolution of the Motion, as Local Rule 3.01(g) requires.

Accordingly, it is **ORDERED**:

Defendant is **DIRECTED** to file a supplement by **September 25, 2026,** certifying that it has conferred with opposing counsel and indicating whether counsel agree on the resolution of the Defendant U.S. Standard Products Corp.'s Motion to Dismiss Plaintiff's Class Action Complaint (Doc. 16).

**DONE AND ORDERED** in Jacksonville, Florida, on this 22nd day of September, 2026.

Marcia Morales Howard

**MARCIA MORALES HOWARD**
United States District Judge

lc37

Copies to:

Counsel of Record